*Writ Issued*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
DEC 13 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 4:19MC00983SPM |
| ) | |
| FREDDIE DOYLE, JR., ) | |
| ) | |
| Defendant. ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

COMES NOW the United States of America, by Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, through Jennifer A. Winfield, Assistant United States Attorney for said District, and informs the Court that the Defendant is required for a meeting with the U. S. Attorney's Office forthwith, and anytime thereafter, as it is necessary in order to obtain a full, complete and proper inquiry into the Grand Jury investigation. Defendant is currently confined in the ST. LOUIS JUSTICE CENTER, in the custody of the Superintendent.

WHEREFORE, your petitioner prays this Court to issue a writ of habeas corpus ad testificandum directing the Superintendent to deliver the Defendant to the United States Marshal or any other authorized officer/agent to produce the body of FREDDIE DOYLE, JR. (Offender ID: L378497), for a meeting with the U. S. Attorney's Office, and after such meeting, to return the prisoner to present custody.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*/s/ Jennifer A. Winfield* 35432MO
JENNIFER A. WINFIELD, #53350MO
Assistant United States Attorney

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Eastern Division of the | ) |
| Eastern District of Missouri | ) |

I, declare under penalty of perjury, pursuant to Title 28, United States Code, Section 1746, that the foregoing Application for Writ of Habeas Corpus Ad Testificandum is based upon statements furnished to me and that the contents therein are true and correct to the best of my knowledge and belief.

*[signature]* 35432MO
JENNIFER A. WINFIELD, #53350MO
Assistant United States Attorney

TO THE CLERK OF THE DISTRICT COURT:

You are hereby ordered to issue the writ of habeas corpus ad Testificandum as prayed for in the foregoing application.

*[signature]*
HONORABLE SHIRLEY P. MENSAH
UNITED STATES MAGISTRATE JUDGE

Executed on the 13th day of December, 2019.